IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 08-CR-0013-C |
| | ) |
| JOHN L. BIERNAT, | ) |
| | ) |
| Defendant. | ) |

---

## GOVERNMENT'S MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses the indictment against the defendant. This dismissal is based on the deferral of prosecution of the defendant to the state of Wisconsin.

Dated this 10th day of June 2008.

Respectfully submitted,

ERIK C. PETERSON
United States Attorney

By:
/s/
**PETER M. JAROSZ**
Assistant U. S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

BARBARA B. CRABB
United States District Judge

Dated: June 10, 2008